**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD JOHNSON,

          Plaintiff(s),

      v.

CITY AND COUNTY OF SAN FRANCISCO
ET AL,

          Defendant(s).

_____/

No. C-14-01710 DMR

**ORDER TO SUBMIT COMPLETED IFP
APPLICATION**

     Plaintiff Ronald Johnson filed this action and an application to proceed in forma pauperis
("IFP") on April 14, 2014.  [Docket Nos. 1, 3.]  However, Plaintiff's IFP application is incomplete.
Plaintiff did not provide a complete response to question 2, as he did not indicate the source and
amount of federal or state welfare payments, Social Security, or other government payments, and did
not provide any responses to questions 3, 8, and 9.  Therefore, Plaintiff is hereby ordered to file a
**completed** IFP application or pay the filing fee by no later than **May 2, 2014.**  Failure to comply
with this order may result in the dismissal of this action.

     IT IS SO ORDERED.

Dated:  April 18, 2014



_____
DONNA M. RYU
United States Magistrate Judge